UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY BARTLETT,<br><br>                              Plaintiff,<br><br>        -against-<br><br>TRIBECA LENDING CORP.; FRANKLIN CREDIT MANAGEMENT CORP.; FRANKLIN MORTGAGE ASSET TRUST 2009A,<br><br>                              Defendants. | 19-CV-8374 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 28, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed as frivolous and under the January 29, 2016 order in *Bartlett v. Tribeca Lending Corp.*, ECF 1:15-CV-6102, 11 (S.D.N.Y. Jan. 29, 2016).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 28, 2020
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge